1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 410
   Los Angeles, California 90036
3  Telephone No.  (323) 938-4000
   Facsimile No.   (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 SANDRA LABROWN,              )  NO.  CV 12-00281 JPR
                                )
12              Plaintiff,      )  ORDER AWARDING EAJA
                                )  ATTORNEY FEES
13      v.                      )
                                )
14 MICHAEL J. ASTRUE ,          )
   COMMISSIONER OF SOCIAL       )
15 SECURITY ADMINISTRATION,     )
                                )
16              Defendant.      )
                                )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be

20 awarded attorney fees under the EAJA in the amount of four thousand six

21 hundred dollars and no cents ($4,600.00), as authorized by 28 U.S.C. §2412(d),

22 subject to the terms of the above-referenced Stipulation.  Any payment shall be

23 delivered to Plaintiff's counsel.

24

25 DATED: February 11, 2013        _____
                                    JEAN ROSENBLUTH
26                                  UNITED STATES MAGISTRATE JUDGE

27

28

1